VIRGILIO CAPOLUPO V. HORTON WIPING MATERIALS Co. and HORTON R. PERRY. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Présent — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROSARIO GALLO SCHNABEL and Another v. BLOCK DRUG COMPANY, INC. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ..

EDWARD W. MANNING V. 1234 CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to the Real Property Required for the Widening of Southern Boulevard from East 138th Street to Whitlock Avenue, from Southern Boulevard to Leggett Avenue and from Hunts Point Avenue to Eastern Boulevard and Eastern Boulevard from Whitlock Avenue to Middletown Road, etc., to Construct Bridges Carrying Eastern Boulevard over These Waterways, in the Borough of Bronx, City of New York (Damage Parcels 1 to 45 Inclusive). REGINA WUNDERMAN — 1066 WHITLOCK AVE. GARAGE AND SERVICE STATION, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

WILLIAM REBANE V. MINERVA ULSHEN.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

WILLIAM RUSCHAK and JOHN RUSCHAK V. SAMUEL R. ROSOFF, LTD., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GUIDE ESCORT SERVICE, INC., a Domestic Corporation, v. PAUL MOSS, License Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ARTHUR A. WILLIAMS V. STURGES DORRANCE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

GREAT AMERICAN INDEMNITY COMPANY V. NORTH SHORE BUS COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK V. ESTATE OF BRADISH JOHNSON.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Glennon, Dore, Cohn and Callahan, JJ.

VERA L. BINZEN V. GILES G. HEALEY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ANGELO PANIZZA V. 7/9 CARMINE ST. REALTY CORP. and JACOB REISBERG. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. Claim of MILFORD CONSTRUCTION COMPANY. Claim No. C. B. 3791. LOUIS H. PINK,